| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Reiss, Christina C. | 2. Court or Organization<br><br>United States District Court - District of Vermont | 3. Date of Report<br><br>7/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Chief Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>151 West Street<br>P.O. 478<br>Rutland, Vermont 05701 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | State of Vermont Employee Pension Fund; pension upon retirement age of 65 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 7/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self Employed - Commercial and Residential Mill Working Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reiss, Christina C.** | 7/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Loan - Business Mortgage | N |
| 2. | People's United Bank | Loan - Business Equipment | M |
| 3. | People's United Bank | Loan - Business Equipment | K |
| 4. | People's United Bank | Loan - Business - Line of Credit | M |
| 5. | People's United Bank | Loan - Business Refinance | L |
| 6. | People's United Bank | Loan - Business Mortgage | N |
| 7. | Vermont Economic Development Authority | Loan - Business Mortgage | N |
| 8. | Vermont Economic Development Authority | Loan - Equipment | M |
| 9. | People's United Bank | Loan - Business Equipment | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 7/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Bank Accounts | A | Interest | J | T | | | | | |
| 2. People's United Bank Accounts * | A | Interest | J | T | | | | | |
| 3. Amoskeag Woodworking | A | Distribution | P1 | W | | | | | |
| 4. HRS, LLC | A | Distribution | N | W | | | | | |
| 5. Merchants Bank CD | C | Dividend | J | T | | | | | |
| 6. State Farm Life Insurance | A | Dividend | | | Sold | 03/28/11 | J | A | |
| 7. National Life Insurance | A | Interest | J | T | | | | | |
| 8. IRA #1 | C | Dividend | M | T | | | | | |
| 9. - Davis NY Venture Fund | | | | | | | | | |
| 10. - Diamond Hill Large Cap Fund | | | | | | | | | |
| 11. - First Eagle Global Fund | | | | | | | | | |
| 12. - Janus Balanced Fund | | | | | | | | | |
| 13. - MFS Value Fund | | | | | | | | | |
| 14. - Oppenheimer Gold & Special Minerals Funds | | | | | | | | | |
| 15. - Pimco Total Return Fund | | | | | | | | | |
| 16. - RS Global Naural Resources Fund | | | | | | | | | |
| 17. - Sentinel Small Company Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 7/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - The Home Depot | | | | | | | | | |
| 19.  IRA #2 | A | Dividend | K | T | | | | | |
| 20.  - I Shares Russell 2000 Growth Fund | | | | | | | | | |
| 21.  - Columbia Acorn Z Fund | | | | | | | | | |
| 22.  - Fidelity Diversified Int'l Fund | | | | | | | | | |
| 23.  - T. Rowe Price Int'l Fund | | | | | | | | | |
| 24.  - T. Rowe Price Emerging Markets | | | | | | | | | |
| 25.  - Virtus Foreign Opportunities I Fund | | | | | | | | | |
| 26.  - Virtus Short Intermediate Bond I Fund | | | | | | | | | |
| 27.  - Virtus Imtermediate Tax Exempt I Fund | | | | | | | | | |
| 28.  IRA #3 | D | Dividend | L | T | | | | | |
| 29.  - New World Fund - A | | | | | | | | | |
| 30.  - SMALL CAP World Fund - A | | | | | | | | | |
| 31.  - Capital World Growth and Income Fund - A | | | | | | | | | |
| 32.  - The Growth of America Fund - A | | | | | | | | | |
| 33.  - The Income Fund of America - A | | | | | | | | | |
| 34.  - American High Income Trust - A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 7/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - The Bond Fund of America - A | | | | | | | | | |
| 36. - Capital World bond fund - A | | | | | | | | | |
| 37. - Intermediate Bond Fund of America - A | | | | | Buy | 10/25/11 | J | | |
| 38. - Global Balanced Fund - A | | | | | Buy | 10/25/11 | J | | |
| 39. IRA #4 | A | Dividend | J | T | | | | | |
| 40. - Capital World Growth & Income Fund - A | | | | | | | | | |
| 41. IRA #5 | A | Dividend | J | T | | | | | |
| 42. - Cisco Systems, Inc. | | | | | | | | | |
| 43. - Zhone Technologies New | | | | | | | | | |
| 44. Vermont Higher Education Investment Plan #1 - Age Based Opt. | C | Dividend | K | T | | | | | |
| 45. Vermont Higher Education Investment Plan #2 - Age Based Opt. | A | Dividend | J | T | | | | | |
| 46. VCSP/College America Plan #1 - Age Based Option | A | Dividend | J | T | | | | | |
| 47. VCSP/College America Plan #2 - Age Based Option | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 7/19/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Section VII - Line 2: People's United Bank bought out Chittenden Trust Company.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina C. Reiss**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544